UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBIN SMITH,

    Plaintiff,

v.

STATE of ILLINOIS, SALVADOR A. GODINEZ,
DONALD GAETZ, GINA ALLEN, KIM DEEN,
CHRISTINE BROWN, VIPIN SHAH, TERRI
BRYANT, DR. JAMES SLEDGE, UNKNOWN
PARTY, DR. LOUIS SCHICKER, LARSON, and
WEXFORD HEALTH SERVICES, INC.,

    Defendants.

Case No. 13-cv-220-JPG

## ORDER

This matter comes before the Court plaintiff Robin Smith's motion for an extension of time (Doc. 53) to object to the Report and Recommendation (Doc. 52) of Magistrate Judge Philip M. Frazier recommending that the Court deny Smith's motion for a preliminary injunction (Doc. 39). The Court **GRANTS** the motion (Doc. 53) and **ORDERS** that Smith shall have up to and including May 23, 2014, to object.

**IT IS SO ORDERED.**
**DATED:** April 30, 2014

                                              s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**